```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
IN RE CREDIT DEFAULT SWAPS ANTITRUST   :   13 MD 2476 (DLC)
LITIGATION                             :
                                       :
                                       :
-------------------------------------- X
                                       :
VALUE RECOVERY FUND LLC, et al.,       :
Individually and on Behalf of all those:
Similarly Situated,                    :
                                       :
                     Plaintiffs,       :
                                       :   13 Civ. 4928
         -v-                           :
                                       :
JPMORGAN CHASE & CO., et al.,          :
                                       :
                     Defendants.       :
                                       :
-------------------------------------- X
                                       :
SALIX CAPITAL US INC., Individually and:
on Behalf of all those Similarly       :
Situated,                              :
                                       :
                     Plaintiff,        :
                                       :   13 Civ. 6116
         -v-                           :
                                       :
BANK OF AMERICA CO., et al.,           :
                                       :
                     Defendants.       :
                                       :
-------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY
DATED: 10/24/2013

```
------------------------------------------ X
                                           :
SHEET METAL WORKERS LOCAL NO. 33           :
CLEVELAND DISTRICT PENSION PLAN,           :
Individually and on Behalf of All Those    :
Similarly Situated,                        :
                                           :
                         Plaintiff,        :     13 Civ. 7450
                                           :
          -v-                              :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X
                                           :
UNIPENSION FONDSMAEGLERSELSKAB, et al.,    :
individually and on behalf of all          :
others similarly situated,                 :
                                           :
                         Plaintiffs,       :     13 Civ. 7465
                                           :
          -v-                              :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

On October 16, 2013, the United States Judicial Panel on Multidistrict Litigation ("MDL Panel") issued a Transfer Order which provided that the above captioned class actions would be centralized in this Court. On October 18, 2013, the Clerk of the MDL Panel issued on behalf of the MDL Panel a Conditional Transfer Order that would centralize three other class actions currently pending in the Northern District of Illinois in this

Court, following a waiting period of 7 days, and assuming no objections, per MDL Panel rules. Those actions are (with current Northern District of Illinois Docket Numbers): LBBW ASSET MANAGEMENT INVESTMENTGESELLSCHAFT MBH v. CITIBANK, N.A, et al., 13 Civ. 5413, MF GLOBAL CAPITAL LLC v. BANK OF AMERICA CO., et al., 13 Civ. 5417, and ESSEX REGIONAL RETIREMENT SYSTEM v. BANK OF AMERICA CO. et al., 13 Civ. 5725. Additionally, the Court has ordered the Clerk of Court of the Southern District of New York to add SALIX CAPITAL US INC. v. BANK OF AMERICA CORPORATION et al., 13 Civ. 6116, currently pending in the Southern District of New York, to this multidistrict litigation action. It is hereby

ORDERED that counsel for all parties for cases pending in this Court as of December 5, 2013, shall attend the Initial Pretrial Conference currently scheduled for **December 5, 2013** at **2 P.M.** in Courtroom 15B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that any application for appointment of lead plaintiff and lead counsel is due by **November 8, 2013**. Any opposition is due by **November 22, 2013**.

SO ORDERED:

Dated:    New York, New York
         October 24, 2013

                                    _____
                                           DENISE COTE
                                    United States District Judge