```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE CREDIT DEFAULT SWAPS ANTITRUST      :    13 MD 2476 (DLC)
LITIGATION                                :
                                          :
                                          :
----------------------------------------- X
                                          :
VALUE RECOVERY FUND LLC, et al.,          :
Individually and on Behalf of all those   :
Similarly Situated,                       :
                                          :
                                          :
              Plaintiffs,                 :
                                          :    13 Civ. 4928
       -v-                                :
                                          :
JPMORGAN CHASE & CO., et al.,             :
                                          :
              Defendants.                 :
                                          :
----------------------------------------- X
                                          :
SALIX CAPITAL US INC., Individually and   :
on Behalf of all those Similarly          :
Situated,                                 :
                                          :
              Plaintiff,                  :
                                          :    13 Civ. 6116
       -v-                                :
                                          :
BANK OF AMERICA CO., et al.,              :
                                          :
              Defendants.                 :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT

11-5-2013

```
------------------------------------------ X
                                           :
SHEET METAL WORKERS LOCAL NO. 33           :
CLEVELAND DISTRICT PENSION PLAN,           :
Individually and on Behalf of all those    :
Similarly Situated,                        :
                                           :
                    Plaintiff,             :      13 Civ. 7450
                                           :
        -v-                                :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
UNIPENSION FONDSMAEGLERSELSKAB, et al.,    :
Individually and on Behalf of all those    :
Similarly Situated,                        :
                                           :
                    Plaintiffs,            :      13 Civ. 7465
                                           :
        -v-                                :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
ESSEX REGIONAL RETIREMENT SYSTEM,          :
Individually and on Behalf of all those    :
Similarly Situated,                        :
                                           :
                    Plaintiff,             :      13 Civ. 7640
                                           :
        -v-                                :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
```

```
------------------------------------------ X
                                           :
MF GLOBAL CAPITAL LLC, Individually and    :
on Behalf of all those Similarly           :
Situated,                                  :
                                           :        13 Civ. 7647
                    Plaintiff,             :
                                           :
        -v-                                :
                                           :
BANK OF AMERICA, et al.,                   :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
LBBW ASSET MANAGEMENT                      :
INVESTMENTGESELLSCHAFT MBH,                :
Individually and on Behalf of all those    :
Similarly Situated,                        :        13 Civ. 7752
                                           :
                    Plaintiff,             :
                                           :
        -v-                                :
                                           :
CITIBANK, N.A., et al.,                    :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
                                           :
LOS ANGELES COUNTY EMPLOYEES RETIREMENT    :
ASSOCIATION, Individually and on Behalf    :
of all those Similarly Situated,           :
                                           :        13 Civ. 7634
                    Plaintiff,             :
                                           :
        -v-                                :
                                           :
JP MORGAN CHASE & CO., et al.,             :
                                           :
                    Defendants.            :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

On November 1, 2013, the class action LBBW ASSET MANAGEMENT INVESTMENTGELLSCHAFT MBH v. CITIBANK, N.A., et al., 13 Civ. 7752, which had been conditionally transferred to this Court by the United States Judicial Panel on Multidistrict Litigation, was officially transferred to be added to the above captioned Multidistrict Litigation ("MDL") action.  And on November 5, 2013, the class action LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION v. JP MORGAN CHASE & CO., et al., 13 Civ. 7634, was reassigned to this Court to be added to this MDL.  It is hereby

ORDERED that counsel for all parties for cases in this MDL action pending in this Court as of December 5, 2013, shall attend the Initial Pretrial Conference currently scheduled for **December 5, 2013** at **2 P.M.** in Courtroom 15B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that any application for appointment of lead plaintiff and lead counsel is due by **November 8, 2013**. Any opposition is due by **November 22, 2013**.

SO ORDERED:

Dated:    New York, New York
         November 6, 2013

                                    _____
                                            DENISE COTE
                                    United States District Judge