

# KAPLAN FOX & KILSHEIMER LLP
## FIRM AND ATTORNEY BIOGRAPHIES

For more than 40 years, Kaplan Fox has been a leader in representing those injured by violations of antitrust law, recovering billions for their clients. Chosen regularly by courts to act as lead or co-lead counsel, we are widely recognized for our effective handling of competition/antitrust actions. Kaplan Fox has been involved in some of the largest and most important antitrust litigations in history, collectively recovering over $1 billion for those injured by antitrust violations. Amongst our significant achievements are *In re: High Fructose Corn Syrup Antitrust Litigation*, MDL No. 1087 (C.D. Ill.)(over $500 million in settlements), *In re Air Cargo Shipping Services Antitrust Litigation*, 06-md-1775 (E.D.N.Y.) (nearly $500 million in settlements as of late 2013), as well as *In re Flat Glass Antitrust Litigation* and *In re Hydrogen Peroxide Antitrust Litigation*. Kaplan Fox attorneys have also litigated issues in these cases which resulted in changes in the law.

Six of the firm's attorneys have been named by *Super Lawyers* to be among the top lawyers in their respective fields in 2013.  In the New York - Metro edition of *Super Lawyers*, partner Robert N. Kaplan has been named a *Super Lawyer* in securities litigation, and partners Richard J. Kilsheimer and Gregory K. Arenson have been named *Super Lawyers* in antitrust litigation.  Senior associate Matthew P. McCahill was also named a "Rising Star" in antitrust litigation in the 2012 and 2013 Pennsylvania editions of *Super Lawyers*. In the Northern California edition, San Francisco-based partner Laurence D. King and of-counsel Linda M. Fong were named as *Super Lawyers* in securities litigation and class action/mass torts, respectively.  In 2013, Kaplan Fox was also listed among the top law firms for plaintiffs' antitrust and securities class actions in the United States by the *Legal 500*, and was among the ten firms recognized as the country's top litigation boutiques by the National Law Journal.

The firm has its principal offices in New York, with offices in San Francisco, Los Angeles, Chicago, Washington, D.C. and New Jersey.  The following are the attorneys of the firm who regularly engage in complex litigation:

## PARTNERS

**ROBERT N. KAPLAN** is a Senior Partner who resides in the New York office and has been with Kaplan Fox for more than 40 years, joining in 1971.  Mr. Kaplan is widely recognized as a leading antitrust litigator and has led the prosecution of numerous antitrust actions, recovering over a billion dollars for antitrust victims.  Mr. Kaplan honed his litigation skills as a

trial attorney with the U.S. Department of Justice, gaining significant experience litigating both civil and criminal actions. He also served as law clerk to the Hon. Sylvester J. Ryan, then Chief Judge of the U.S. District Court for the Southern District of New York.

Mr. Kaplan – who also has substantial experience in the securities field – has acted as primary counsel in all of the firm's antitrust cases, including *In re High Fructose Corn Syrup Antitrust Litigation,* MDL No. 1087 (C.D. Ill.) (over $500 million in total settlements) and *In re Air Cargo Shipping Services Antitrust Litigation*, 06-md-1775 (E.D.N.Y.)(nearly $500 million in settlements in this ongoing action). Mr. Kaplan was also involved in *In re Flat Glass Antitrust Litigation*, including successfully arguing the case before the U.S. Court of Appeals for the Third Circuit, which issued a groundbreaking and often-cited summary judgment opinion. In addition, Mr. Kaplan currently represents a number of convenience store chains in *E-Z Mart Stores, Inc. et al. v. Visa USA, Inc. et al.,* an antitrust action brought against the Visa and MasterCard payment card networks.

Mr. Kaplan's published articles include: "Complaint and Discovery In Securities Cases," *Trial*, April 1987; "Franchise Statutes and Rules," *Westchester Bar Topics*, Winter 1983; "Roots Under Attack: *Alexander v. Haley* and *Courlander v. Haley*," *Communications and the Law*, July 1979; and "Israeli Antitrust Policy and Practice," *Record of the Association of the Bar*, May 1971.

In addition, Mr. Kaplan served as an acting judge of the City Court for the City of Rye, N.Y., from 1990 to 1993.

Mr. Kaplan sits on the boards of several community organizations, including the Board of Directors of the Carver Center in Port Chester, N.Y., the Board of Directors of the Rye Free Reading Room in Rye, N.Y. and the Board of Directors of the Carver Center Member Visiting Committee for Thoracic Oncology at the Dana Farber Cancer Center in Boston, Massachusetts.

**Education:**
- B.A., Williams College (1961)
- J.D., Columbia University Law School (1964)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1964)
- Bar of the District of Columbia (2013)
- U.S. Supreme Court
- U.S. Courts of Appeals for the First, Second, Third, Seventh, Ninth, and Eleventh Circuits
- U.S. District Courts for the Southern, Eastern, and Northern Districts of New York, the Central District of Illinois, and the District of Arizona

**Professional affiliations:**
- National Association of Securities and Commercial Law Attorneys (past President)

2

- Committee to Support the Antitrust Laws (past President)
- Member of the Advisory Group Committee of the U.S. District Court for the Eastern District of New York
- American Bar Association
- American Association for Justice (Chairman, Commercial Litigation Section, 1985-86)
- Association of the Bar of the City of New York (served on the  Trade Regulation Committee; Committee on Federal Courts)

Mr. Kaplan can be reached by email at: rkaplan@kaplanfox.com

**FREDERIC S. FOX** first associated with Kaplan Fox in 1984, and became a partner of the firm in 1991.  He has concentrated his work for 30 years in the area of class action litigation and individual securities litigation.  Mr. Fox has played important roles in many major securities class action cases, including as a senior member of the litigation and trial team in *In re Bank of America Corp. Sec., ERISA & Der. Litig.,* No. 09-MDL-2058 (S.D.N.Y) ("*In re Bank of America*") arising out of Bank of America's acquisition of Merrill Lynch, which recently settled for $2.425 billion.  Mr. Fox was also a member of the litigation and trial team for one of the first cases tried to verdict under the Private Securities Litigation Reform Act of 1995.

Mr. Fox is actively involved in maintaining and establishing the firm's relationships with institutional investors and oversees the Portfolio Monitoring and Case Evaluation Program for the firm's numerous public pension funds and other institutional investors.  Mr. Fox currently represents many institutional investors including governmental entities in both class actions and individual litigation, including serving as lead or co-lead counsel on behalf of major public pension funds in pending securities litigation involving Bank of America, Fannie Mae, SunPower Corporation and Gentiva Health Services Inc.  Mr. Fox is also Lead Counsel to a large public pension fund system in a derivative action against the directors of Wal-Mart Stores Inc. ("Wal-Mart") involving alleged bribery and fraud at Wal-Mart's Mexican subsidiary.   In the past, Mr. Fox has served as the lead attorney in *In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation*, which was settled for $475 million, *In re Merrill Lynch Research Reports Securities Litigation* (S.D.N.Y.) (arising from false and misleading analyst reports issued by Henry Blodget); *In re Salomon Analyst Williams Litigation* (S.D.N.Y.) and *In re Salomon Focal Litigation* (S.D.N.Y.) (both actions stemming from false and misleading analyst reports issued by Jack Grubman).  Mr. Fox is a frequent speaker and panelist in both the U.S. and abroad on a variety of topics including securities litigation and corporate governance.

In the consumer protection area, he served on the Plaintiffs' Steering Committee in the *Baycol Products Litigation* where there have been more than $350 million in settlements.

Additionally, he served as one of the Co-lead Counsel in *In re RC2 Corp. Toy Lead Paint Products Liability Litigation* in the Northern District of Illinois.

Mr. Fox is listed in the current editions of New York *Super Lawyers* and was recognized in Benchmark Litigation 2010 as a New York "Litigation Star."

Mr. Fox is the author of "Current Issues and Strategies in Discovery in Securities Litigation," ATLA, 1989 Reference Material; "Securities Litigation: Updates and Strategies," ATLA, 1990 Reference Material; and "Contributory Trademark Infringement: The Legal Standard after *Inwood Laboratories, Inc. v. Ives Laboratories*," University of Bridgeport Law Review, Vol. 4, No. 2.

During law school, Mr. Fox was the notes and comments editor of the University of Bridgeport Law Review.

**Education:**
- B.A., Queens College (1981)
- J.D., Bridgeport School of Law (1984)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1985)
- Bar of the District of Columbia (2013)
- U.S. Courts of Appeals for the First, Second, Fourth, Fifth, Sixth and Eleventh Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York and for the District of Columbia.

**Professional affiliations:**
- American Bar Association
- Association of the Bar of the City of New York
- American Association for Justice (Chairman, Commercial Law Section, 1991-92)

Mr. Fox can be reached by email at: ffox@kaplanfox.com

**RICHARD J. KILSHEIMER** first associated with Kaplan Fox in 1976 and became a partner of the firm in 1983.  His practice is concentrated in the area of antitrust litigation.  During his career, Mr. Kilsheimer has played significant roles in a number of the largest successful antitrust class actions in the country, and he is serving as co-lead counsel for plaintiffs in several currently pending cases.  He also practices in the areas of securities fraud and commercial litigation.

In December 2007, Mr. Kilsheimer was a featured speaker on the subject "Elevated Standards of Proof and Pleading: Implications of *Twombley* and *Daubert*" at the American Antitrust Institute Symposium on the Future of Private Antitrust Enforcement held in

Washington, D.C.   Mr. Kilsheimer has also served on the Antitrust and Trade Regulation Committee of the Association of the Bar of the City of New York (2004-2007).

Prior to joining the firm, Mr. Kilsheimer served as law clerk to the Hon. Lloyd F. MacMahon (1975-76), formerly Chief Judge of the U.S. District Court for the Southern District of New York.

Mr. Kilsheimer is co-author of "Secondary Liability Developments," ABA Litigation Section, Subcommittee on Secondary Liability, 1991-1994.

**Education:**
- A.B., University of Notre Dame (1972)
- J.D., *cum laude*, St. John's University (1975)

**Bar affiliations and court admissions:**
- State of New York (1976)
- U.S. Court of Appeals for the Second Third, Sixth and D.C. Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York and the Northern District of Indiana

**Professional affiliations:**
- Association of the Bar of the City of New York
- Federal Bar Council
- Committee to Support the Antitrust Laws
- American Association for Justice

Mr. Kilsheimer can be reached by email at: rkilsheimer@kaplanfox.com

**GREGORY K. ARENSON** is a seasoned business litigator with experience representing clients in a variety of areas, including antitrust, securities, and employee termination.   His economics background has provided a foundation for his recognized expertise in handling complex economic issues in antitrust cases, both as to class certification and on the merits.

Prior to joining Kaplan Fox, Mr. Arenson was a partner with Proskauer Rose.   Earlier in his career, he was a partner with Schwartz Klink & Schreiber, and an associate with Rudnick & Wolfe (now Piper Marbury).

Mr. Arenson writes frequently on discovery issues and the use of experts.   Recently published articles include: "Who Should Bear the Burden of Producing Electronic Information?" 7 *Federal Discovery News,* No. 5, at 3 (April 2001); "Work Product vs. Expert Disclosure – No One Wins," 6 *Federal Discovery News,* No. 9, at 3 (August 2000); "Practice Tip: Reviewing Deposition Transcripts," 6 *Federal Discovery News*, No. 5, at 13 (April 2000); and "The Civil Procedure Rules: No More Fishing Expeditions," 5 Federal Discovery News, No. 9, at 3 (August 1999).   He was also co-author of "The Good, the Bad and the Unnecessary: Comments on the Proposed Changes to the Federal Civil Discovery Rules," 4 *NYLitigator* 30 (December 1998);

co-author of "The Search for Reliable Expertise: Comments on Proposed Amendments to the Federal Rules of Evidence," 4 *NYLitigator* 24 (December 1998); co-editor of *Federal Rules of Civil Procedure, 1993 Amendments, A Practical Guide,* published by the New York State Bar Association; and a co-author of "Report on the Application of Statutes of Limitation in Federal Litigation," 53 *Albany Law Review* 3 (1988).

Mr. Arenson's pro bono activities include being a co-chair of the New York State Bar Association Task Force on the State of Our Courthouses, whose report was approved June 20, 2009, and a member of the New York State Bar Association Special Committee on Standards for Pleadings in Federal Litigation.  He also serves as a mediator in the U.S. District Court for the Southern District of New York.   In addition, he is an active alumnus of the Massachusetts Institute of Technology, having served as a member of the Corporation, a member of the Corporation Development Committee, vice president of the Association of Alumni/ae, and member of the Alumni/ae Fund Board (of which he was a past chair).

**Education:**
- S.B., Massachusetts Institute of Technology (1971)
- J.D., University of Chicago (1975)

**Bar affiliations and court admissions:**
- Bar of the State of Illinois (1975)
- Bar of the State of New York (1978)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second, Third and Seventh Circuits
- U.S. District Courts for the Northern and Central Districts of Illinois, and the Southern and Eastern Districts of New York
- U.S. Tax Court

**Professional affiliations:**
- New York State Bar Association, Task Force on the State of Our Courthouses, Co-chair
- New York State Bar Association, Federal Litigation Section, Committee on Federal Procedure  (Chairman since 1997)
- Association of the Bar of the City of New York
- American Bar Association
- Member, advisory board, Federal Discovery News (1999 – present)

Mr. Arenson can be reached by email at: garenson@kaplanfox.com

**LAURENCE D. KING** first joined Kaplan Fox as an associate in 1994.  He became a partner of the firm in 1998.  While Mr. King initially joined the firm in New York, in 2000 he relocated to San Francisco to open the firm's first West Coast office.  He is now partner-in-charge of the firm's San Francisco and Los Angeles offices.

Mr. King practices primarily in the areas of securities litigation, with an emphasis on institutional investor representation and consumer protection litigation.  He has also practiced in the area of employment litigation.  Mr. King has played a substantial role in cases that have resulted in some of the largest recoveries ever obtained by Kaplan Fox, including *In re 3Com Securities Litigation* (N.D. Ca.), *In re Informix Securities Litigation* (N.D. Ca.), and *AOL Time Warner Cases*.  In addition, Mr. King was a member of the trial team for two securities class actions tried to verdict, as well as numerous other cases where a favorable settlement was achieved for our clients on or near the eve of trial.

An experienced trial lawyer, prior to joining Kaplan Fox Mr. King served as an assistant district attorney under the legendary Robert Morgenthau in the Manhattan (New York County) District Attorney's Office, where he tried numerous felony prosecutions to jury verdict.

**Education:**
- B.S., Wharton School of the University of Pennsylvania (1985)
- J.D., Fordham University School of Law (1988)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1989)
- Bar of the State of California (2000)
- U.S. District Courts for the District of New Jersey, the Eastern District of Pennsylvania, the Southern and Eastern Districts of New York, and the Northern, Central, and Southern Districts of California

**Professional affiliations:**
- New York State Bar Association
- New Jersey State Bar Association
- San Francisco Bar Association
- American Bar Association
- American Association for Justice
- San Francisco Trial Lawyers' Association

Mr. King can be reached by email at: lking@kaplanfox.com

**JOEL B. STRAUSS** first associated with Kaplan Fox in 1992, and became a partner in the firm in 1999. He practices in the area of securities and consumer fraud class action litigation,

with a special emphasis on accounting and auditing issues. He has been repeatedly selected for inclusion to the New York *Super Lawyers* list (Securities Litigation) (2007-2010).

Prior to joining Kaplan Fox, Mr. Strauss served as a senior auditor with one of the former "Big Eight" accounting firms. Combining his accounting background and legal skills, he has played a critical role in successfully prosecuting numerous securities class actions across the country on behalf of shareholders. Mr. Strauss was one of the lead trial lawyers for the plaintiffs in the first case to go to trial and verdict under the Private Securities Litigation Reform Act of 1995.

More recently, Mr. Strauss has been involved in representing the firm's institutional clients in the following securities class actions, among others: *In re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litigation* (S.D.N.Y.) ($475 million settlement); *In re Prestige Brands Holdings Inc. Securities Litigation* (S.D.N.Y.) ($11 million settlement); *In re Gentiva Securities Litigation* (E.D.N.Y.); and *In Re SunPower Securities Litigation* (N.D.Cal). He has also recently served as lead counsel for lead plaintiffs in *In re OCA, Inc. Securities Litigation* (E.D. La.) ($6.5 million settlement) and *In re Proquest Company Securities Litigation* (E.D. Mich.) ($20 million settlement). Mr. Strauss also played an active role for plaintiff investors in *In Re Countrywide Financial Corporation Securities Litigation* (C.D.Cal), which settled for more than $600 million.

Although currently practicing exclusively in the area of law, Mr. Strauss is a licensed Certified Public Accountant in the State of New York.

Mr. Strauss has also been a guest lecturer on the topics of securities litigation, auditors' liability and class actions for seminars sponsored by the Practicing Law Institute and the Association of the Bar of the City of New York.

Among his various communal activities, Mr. Strauss currently serves on the Board of Directors of Yavneh Academy in Paramus, NJ, is a member of Yeshiva University's General Counsel's Council, and serves as Chair of the Career Guidance and Placement Committee of Yeshiva University's Undergraduate Alumni Council.

In March 2001 the New Jersey State Assembly issued a resolution recognizing and commending Mr. Strauss for his extensive community service and leadership.

**Education:**
- B.A., Yeshiva University (1986)
- J.D., Benjamin N. Cardozo School of Law (1992)

**Bar Affiliations and Court Admissions**
- Bar of the State of New Jersey
- Bar of the State of New York

- U.S. District Courts for the Southern and Eastern Districts of New York and the District of New Jersey
- U.S. Court of Appeals for the First, Second and Third Circuits

**Professional Affiliations:**

- Association of the Bar of the City of New York
- New York State Bar Association
- American Institute of Certified Public Accountants

Mr. Strauss can be reached by email at: jstrauss@kaplanfox.com

**DONALD R. HALL** has been associated with Kaplan Fox since 1998, and became a partner of the firm in 2005. He practices in the areas of securities, antitrust and consumer protection litigation. Mr. Hall is actively involved in maintaining and establishing the firm's relationships with institutional investors and oversees the Portfolio Monitoring and Case Evaluation Program for the firm's numerous institutional investors.

Mr. Hall currently represents a number of the firm's institutional investor clients in securities litigation actions including *In re Bank of America Corp. Litigation*, which recently settled for $2.425 billion, *In re Fannie Mae 2008 Securities Litigation* and *In Re Credit Suisse – AOL Securities Litigation*. Recently, Mr. Hall successfully represented institutional clients in *In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation*, which settled for $475 million; *In re Majesco Securities Litigation*; *In re Escala Securities Litigation*; and *In re Ambac Financial Group, Inc. Securities Litigation*. Additionally, he was a member of the litigation team in *AOL Time Warner Cases I & II* (Ca. Sup. Ct., L.A. Cty.), an opt-out action brought by institutional investors that settled just weeks before trial. This action, stemming from the 2001 merger of America Online and Time Warner, resulted in a recovery of multiples of what would have been obtained if those investors had remained members of the class action.

Mr. Hall has played a key role in many of the firm's securities and antitrust class actions resulting in substantial recoveries for the firm's clients, including *In re Merrill Lynch Research Reports Securities Litigation* (arising from false and misleading analyst reports issued by Henry Blodget); *In re Salomon Analyst Williams Litigation* and *In re Salomon Focal Litigation* (both actions stemming from false and misleading analyst reports issued by Jack Grubman); *In re Flat Glass Antitrust Litigation*; and *In re Compact Disc Antitrust Litigation*.

Mr. Hall graduated from the College of William and Mary in 1995 with a B.A. in Philosophy and obtained his law degree from Fordham University School of Law in 1998. During law school, Mr. Hall was a member of the Fordham Urban Law Journal and a member of the Fordham Moot Court Board. He also participated in the Criminal Defense Clinic, representing criminal defendants in federal and New York State courts on a pro-bono basis.

**Education:**

- B.A., College of William and Mary (1995)
- J.D., Fordham University School of Law (1998)

**Bar affiliations and court admissions:**
- Bar of the State of Connecticut (2001)
- Bar of the State of New York (2001)
- U.S. Supreme Court
- U.S. Court of Appeals for the Second and Eleventh Circuits
- U.S. District Court for the Southern District of New York

**Professional affiliations:**
- Executive Committee of the National Association of Securities and Commercial Law
- American Bar Association
- American Association for Justice
- New York State Bar Association

Mr. Hall can be reached by email at: dhall@kaplanfox.com

**HAE SUNG NAM** first associated with Kaplan Fox in 1999 and became a partner of the firm in 2005.  She practices in the areas of securities and antitrust litigation, mainly focusing in the firm's securities practice.

Since joining the firm, Ms. Nam has been involved in all aspects of securities practice, including case analysis for the firm's institutional investor clients.  She is also a key member of the litigation teams prosecuting the firm's highest profile cases, including securities and derivative actions against Bank of America that recently settled for $2.425 billion, Wal-Mart, and Fannie Mae, among others.  She also has a focus in prosecuting opt-out actions on behalf of the firm's clients and has played a significant role in *AOL Time Warner Cases I & II* (Ca. Sup. Ct., L.A. Cty.) and *State Treasurer of the State of Michigan v. Tyco International, Ltd., et al.* The recoveries for the firm's institutional clients in both of these cases were multiples of what they would have received had they remained members of the class action.

Prior to joining the firm, Ms. Nam was an associate with Kronish Lieb Weiner & Hellman LLP, where she trained as transactional attorney in general corporate securities law and mergers and acquisitions.

Ms. Nam graduated, *magna cum laude*, with a dual degree in political science and public relations from Syracuse University's Maxwell School and S.I. Newhouse School of Public Communications.  Ms. Nam obtained her law degree, with honors, from George Washington University Law School.  During law school, Ms. Nam was a member of the George Washington University Law Review.  She is the author of a case note, "Radio – Inconsistent Application

10

Rule," 64 Geo. Wash. L. Rev. (1996).  In addition, she also served as an intern for the U.S. Department of Justice, Antitrust Division.

**Education:**

- B.A., *magna cum laude*, Syracuse University (1994)
- J.D., with honors, George Washington University Law School (1997)

**Bar affiliations and court admissions:**

- Bar of the State of New York (1998)
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. District Court for the Southern District of New York and the Eastern District of Wisconsin

**Professional affiliations:**

- New York State Bar Association
- Asian American Bar Association of New York
- National Association of Women Lawyers

Ms. Nam can be reached by email at: hnam@kaplanfox.com

**JEFFREY P. CAMPISI** joined Kaplan Fox in 2004 and became partner of the firm in 2012.  He practices in the area of securities litigation. Mr. Campisi has been involved in all aspects of securities practice, including case analysis for the firm's numerous public pension fund and institutional investor clients.

Mr. Campisi currently represents public pension funds in *In re 2008 Fannie Mae Securities Litigation* (08cv7831) (S.D.N.Y.) and *In re 2008 Gentiva Securities Litigation,* No. 10-cv-5064 (E.D.N.Y.).  Mr. Campisi recently represented institutional investors in the following securities class actions:  *In re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litigation* (07cv9633) (S.D.N.Y.) ($475 million settlement) and  *In re Sequenom, Inc. Securities Litigation* (S.D. Cal.) (09cv921) (more than $60 million in cash and stock recovered).

Mr. Campisi served as law clerk for Herbert J. Hutton, United States District Court Judge for the Eastern District of Pennsylvania.

**Education:**

- B.A., *cum laude*, Georgetown University (1996)
- J.D., *summa cum laude*, Villanova University School of Law (2000), Member of Law Review and Order of the Coif

**Bar affiliations and court admissions:**

- Bar of the State of New York (2001)
- U.S. District Court for the Southern and Eastern Districts of New York

**Professional affiliations:**

- American Bar Association

- New York State Bar Association
- American Association for Justice
- Nassau County Bar Association

Mr. Campisi can be reached by email at: jcampisi@kaplanfox.com

**MELINDA CAMPBELL** has been associated with Kaplan Fox since September 2004 and became a partner of the firm in 2012.  She represents investors and institutions in securities fraud class action litigation.

Ms. Campbell's current noteworthy cases include: *In re Bank of America Corp. Securities Litigation*, No. 09-md-2058(DC) (S.D.N.Y.); *In re Ambac Financial Group, Inc. Securities Litigation*, No. 08-cv-411(NRB) (S.D.N.Y.); *In re Fannie Mae 2008 Securities Litigation*, No. 08-cv-7831(PAC) (S.D.N.Y.), and *In re Credit Suisse-AOL Securities Litigation*, No. 02-cv-12146(NG) (D. Mass.).

Ms. Campbell obtained her J.D. from the University of Pennsylvania Law School. While attending law school, she successfully represented clients of the Civil Practice Clinic of the University of Pennsylvania Law School, and provided pro bono legal services through organizations including the Southern Poverty Law Center.  Ms. Campbell obtained her undergraduate degree from the University of Missouri (*cum laude*).

Ms. Campbell is an active member in the Federal Courts Committee of the New York County Lawyers Association and served as a panelist in a continuing legal education course offered by the Committee concerning waiver of attorney-client privilege under Federal Rule of Evidence 501.  Additionally, Ms. Campbell is a member of the New York State Bar Association, the National Association of Women Lawyers, and the New York Women's Bar Association.

**Education:**
- B.A., University of Missouri (2000)
- J.D., University of Pennsylvania Law School (2004)

**Bar affiliations and court admissions:**
- Bar of the State of New York (2005)
- U.S. Court of Appeals for the First and Eleventh Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York and Massachusetts

**Professional affiliations:**
- American Bar Association
- New York State Bar Association
- New York County Lawyers Association
- New York Women's Bar Association

- National Association of Women Lawyers

Ms. Campbell can be reached by email at: mcampbell@kaplanfox.com

## ASSOCIATES

**ELANA KATCHER** has been associated with Kaplan Fox since July 2007. She practices in the area of complex commercial litigation.

**Education:**
- B.A. Oberlin College (1994)
- J.D., New York University (2003)

**Bar Affiliations and Court Admissions:**
- New York State Bar Association
- New York City Bar Association

Ms. Katcher can be reached by email at: ekatcher@kaplanfox.com

**MATTHEW P. McCAHILL** was associated with Kaplan Fox from 2003 – 2005 and rejoined the firm in 2013 after working at a prominent plaintiffs' firm in Philadelphia. He practices primarily in antitrust, securities and complex commercial litigation. Mr. McCahill's *pro bono* work includes representing Army and Marine Corps veterans in benefits proceedings before the U.S. Department of Veterans' Affairs. During law school, Mr. McCahill was a member of the *Fordham Urban Law Journal*.

**Education:**
- B.A., History, *summa cum laude*, Rutgers College (2000)
- J.D., Fordham Law School (2003)

**Bar Affiliations and Court Admissions:**
- Bars of the State of New York and the Commonwealth of Pennsylvania
- U.S. District Courts for the Southern and Eastern Districts of New York and the Eastern District of Pennsylvania

**Professional Affiliations:**
- New York State Bar Association
- American Bar Association
- Association of the Bar of the City of New York

Mr. McCahill can be reached by email at: mmccahill@kaplanfox.com

**MARIO M. CHOI** is a resident of the San Francisco office of Kaplan Fox and practices in the area of complex civil litigation. Prior to joining the firm in February 2009, Mr. Choi was a litigation associate at Pryor Cashman LLP and a law clerk to the Hon. Richard B. Lowe, III, Justice of the New York Supreme Court, Commercial Division.

**Education:**
- B.A., Boston University (2000)
- M.A., Columbia University (2001)
- J.D., Northeastern University (2005)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (2006)
- Bar of the State of California (2006)
- U.S. District Courts for the Southern District of New York and Central District of California

**Professional Affiliations:**
- American Bar Association
- New York State Bar Association
- Asian American Bar Association – Bay Area, New York

Mr. Choi can be reached by email at: mchoi@kaplanfox.com

**PAMELA MAYER** has been associated with Kaplan Fox since February 2009. She practices in the area of securities litigation.

Prior to joining Kaplan Fox, Ms. Mayer was a securities investigation and litigation attorney for a multinational investment bank. Utilizing her combined legal and business background, including her M.B.A., Ms. Mayer focuses on the research and analysis of securities claims on behalf of our firm's individual and institutional clients and is dedicated full-time to the firm's Portfolio Monitoring and Case Evaluation Program. Ms. Mayer also has substantial litigation experience in the area of intellectual property.

**Education:**
- B.S., The University of Rochester
- J.D., The George Washington University
- M.B.A., Finance, The University of Michigan

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations:**
- New York State Bar Association

Ms. Mayer can be reached by email at: pmayer@kaplanfox.com

**LAUREN I. DUBICK** joined Kaplan Fox in 2013. She practices in the areas of antitrust and securities litigation, as well as complex commercial litigation. Prior to joining Kaplan Fox, Ms. Dubick served as a trial attorney with the Antitrust Division of the United States Department of Justice where she investigated and prosecuted violations of civil and criminal antitrust laws.

During her tenure at the Justice Department, Ms. Dubick played significant roles on some of the Division's largest investigations and litigations and led two software merger investigations.

Ms. Dubick also served as a Special Assistant U.S. Attorney in the Eastern District of Virginia where she gained substantial trial experience prosecuting white collar crimes and other offenses.  During that time, she first-chaired two trials, both of which led to verdicts for the government.  Earlier in Ms. Dubick's career, she clerked for the late Hon. Ann Aldrich of the U.S. District Court for the Northern District of Ohio.

Ms. Dubick has been a guest lecturer on judicial discretion and co-authored an article on consumer protection, "*Perspective on Marketing, Self-Regulation and Childhood Obesity: FTC and HHS Call on Industry to Market More Responsibly*," 13.2 *American Bar Association Consumer Protection Update* 19 (2006).  She is admitted to practice in the state courts of New York and Ohio as well as the Fourth Circuit Court of Appeals.  Prior to law school, Ms. Dubick spent several years working in software and new media.

**Education:**
- B.A., *cum laude*, Harvard College (2000)
- J.D., *magna cum laude*, The Ohio State University Moritz College of Law (2007), Editor of *The Ohio State Law Review* and Member of the Order of the Coif

**Bar Affiliations and Court Admissions:**
- Bar of the State of Ohio (2007)
- Bar of the State of New York (2013)
- U.S. Court of Appeals for the Fourth Circuit
- U.S. District Court for the Southern District of New York

Ms. Dubick can be reached by email at: ldubick@kaplanfox.com

**DAMIEN H. WEINSTEIN** has been associated with Kaplan Fox since September 2011.  He practices in the areas of securities, antitrust, and other areas of civil litigation.  During law school, Mr. Weinstein was an Associate Editor on both the *Fordham Law Review* and Moot Court programs.

**Education:**
- B.A., *summa cum laude*, University of Massachusetts Amherst (2007)
- J.D., *cum laude*, Fordham University School of Law (2011)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New Jersey (2011)
- Bar of the State of New York (2012)

Mr. Weinstein can be reached by email at: dweinstein@kaplanfox.com

## OF COUNSEL

**W. MARK MCNAIR** has been associated with Kaplan Fox since 2003. He practices in the area of securities litigation. Mr. McNair is actively involved in maintaining and establishing the Firm's relationship with institutional investors and is active in the Firm's Portfolio Monitoring and Case Evaluation Program for the Firm's numerous institutional investors.

Mr. McNair is a frequent speaker at various institutional events, including the National Conference of Public Employee Retirement Systems and the Government Finance Office Association.

Prior to entering private practice, Mr. McNair was Assistant General Counsel to the Municipal Securities Rulemaking Board where he dealt in a wide range of issues related to the trading and regulation of municipal securities. Previously, he was an attorney in the Division of Market Regulation at the Securities and Exchange Commission. At the Commission his work focused on the regulation of the options markets and derivative products.

**Education:**

- B.A. with honors, University of Texas at Austin (1972)
- J.D. University of Texas at Austin (1975)
- L.L.M. (Securities) Georgetown University (1989)

Mr. McNair can be reached at mmcnair@kaplanfox.com

**JUSTIN B. FARAR** practices in the area of securities litigation and antitrust litigation with a special emphasis on institutional investor involvement. He is located in the Los Angeles office. Prior to working at Kaplan Fox, Mr. Farar was a litigation associate at O'Melveny & Myers, LLP and clerked for the honorable Kim McLane Wardlaw on the Ninth Circuit Court of Appeals. Mr. Farar also currently serves as a Commissioner to the Los Angeles Convention and Exhibition Authority.

**Education:**

- J.D., order of the coif, University of Southern California Law School (2000)
- B.A., with honors, University of California, San Diego

**Bar Affiliations and Court Admissions:**

- Bar of the State of California (2000)
- U.S. Supreme Court
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Central of California

**Awards:**

- The American Society of Composers, Authors and Publishers' Nathan Burkan Award Winner, 2000 for article titled "Is the Fair Use Defense Outdated?"

Mr. Farar can be reached by email at: jfarar@kaplanfox.com

**LINDA FONG** practices in the areas of general business and consumer protection class action litigation. She joined Kaplan Fox in 2001, and is resident in the firm's San Francisco office.  Ms. Fong served on the Board of the San Francisco Trial Lawyers Association from 2000 to 2011.  She was selected for inclusion to the California *Super Lawyers* list for 2011.

**Education:**
- J.D., University of San Francisco School of Law
- B.S., with honors, University of California, Davis
- Elementary Teaching Credential, University of California, Berkeley

**Bar Affiliations and Court Admissions:**
- Bar of the State of California
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Courts for the Northern, Central, Eastern and Southern Districts of California

**Professional Affiliations:**
- San Francisco Trial Lawyers Association
- Asian American Bar Association
- American Association for Justice

**Awards:**
- Presidential Award of Merit,  Consumer Attorneys of California, 2000

Ms. Fong can be reached by email at: LFong@kaplanfox.com

**GARY L. SPECKS** practices primarily in the area of complex antitrust litigation.  He has represented plaintiffs and class representatives at all levels of litigation, including appeals to the U.S. Courts of Appeals and the U.S. Supreme Court.  In addition, Mr. Specks has represented clients in complex federal securities litigation, fraud litigation, civil RICO litigation, and a variety of commercial litigation matters.  Mr. Specks is resident in the firm's Chicago office.

During 1983, Mr. Specks served as special assistant attorney general on antitrust matters to Hon. Neil F. Hartigan, then Attorney General of the State of Illinois.

**Education:**
- B.A., Northwestern University (1972)
- J.D., DePaul University College of Law (1975)

**Bar affiliations and court admissions:**
- Bar of the State of Illinois (1975)

- U.S. Courts of Appeals for the Third, Fifth, Seventh, Ninth and Tenth Circuits
- U.S. District Court for the Northern District of Illinois, including Trial Bar

**Professional affiliations:**
- Illinois Bar Association
- Chicago Bar Association

Mr. Specks can be reached by email at: gspecks@kaplanfox.com

**WILLIAM J. PINILIS** practices in the areas of commercial, consumer and securities class action litigation.  He has been associated with Kaplan Fox since 1999, and is resident in the firm's New Jersey office.

In addition to his work at the firm, Mr. Pinilis has served as an adjunct professor at Seton Hall School of Law since 1995, and is a lecturer for the New Jersey Institute for Continuing Legal Education.  He has lectured on consumer fraud litigation and regularly teaches the mandatory continuing legal education course Civil Trial Preparation.

Mr. Pinilis is the author of "Work-Product Privilege Doctrine Clarified," *New Jersey Lawyer*, Aug. 2, 1999; "Consumer Fraud Act Permits Private Enforcement," *New Jersey Law Journal*, Aug. 23, 1993; "Lawyer-Politicians Should Be Sanctioned for Jeering Judges," *New Jersey Law Journal*, July 1, 1996; "No  Complaint, No Memo – No Whistle-Blower Suit," *New Jersey Law Journal*, Sept. 16, 1996; and "The *Lampf* Decision: An Appropriate Period of Limitations?" *New Jersey Trial Lawyer*, May 1992.

**Education:**
- B.A., Hobart College (1989)
- J.D., Benjamin Cardozo School of Law (1992)

**Bar affiliations and court admissions:**
- Bar of the State of New Jersey (1992)
- Bar of the State of New York (1993)
- U.S. District Courts for the District of New Jersey, and the Southern and Eastern Districts of New York

**Professional affiliations:**
- Morris County Bar Association
- New Jersey Bar Association
- Graduate, Brennan Inn of Court

Mr. Pinilis can be reached by email at: wpinilis@kaplanfox.com

**DAVID STRAITE** joined Kaplan Fox in 2013. He focuses on securities, corporate governance, hedge fund, antitrust and digital privacy litigation and is resident in the firm's New York office.  Prior to joining the Firm, Mr. Straite helped launch the US offices of London-based

Stewarts Law LLP, where he was the global head of investor protection litigation, the partner in residence in New York, and a member of the US executive committee.  He also worked in the Delaware office of Grant & Eisenhofer and the New York office Skadden Arps.

Mr. Straite is a frequent speaker and panelist in the U.S. and abroad.  Most recently, he spoke on the hedge fund panel at the February 6, 2013 meeting of the National Association of Public Pension Attorneys in Washington, D.C. ("Structuring Investments – Do I Get to Go to the Cayman Islands?"); debated the General Counsel of Meetup, Inc. during 2013 Social Media Week ("David vs. Goliath: the Global Fight for Digital Privacy"); and gave a guest lecture on the Legal Talk Network's "Digital Detectives" podcast.  He has also given interviews to Channel 10 (Tel Aviv), BBC World News (London) and SkyNews (London).

Mr. Straite's recent work includes representing investors in the Harbinger Capital hedge fund litigation and the Citigroup CSO hedge fund litigation in New York federal court; pursuing digital privacy claims as court-appointed co-lead counsel in *In re: Facebook Internet Tracking Litigation* in California and *In re: Google Inc. Cookie Placement Consumer Privacy Litigation* in Delaware; pursuing corporate governance claims in Delaware Chancery Court in *In re: Molycorp Derivative Litigation*; and helping to develop the first multi-claimant test of the UK's new prospectus liability statute in a case against the Royal Bank of Scotland in the English courts. Mr. Straite has also authored *Netherlands: Amsterdam Court of Appeal Approves Groundbreaking Global Settlements Under the Dutch Act on the Collective Settlement of Mass Claims*, in The International Lawyer's annual "International Legal Developments in Review" (2009), and was a contributing author for Maher M. Dabbah & K.P.E. Lasok, QC, Merger Control Worldwide (2005).

**Education:**
- B.A., Tulane University, Murphy Institute of Political Economy (1993)
- J.D., *magna cum laude*, Villanova University School of Law (1996), Managing Editor, Law Review and Order of the Coif

**Bar affiliations and court admissions:**
- Bar of the State of New York (2000)
- Bar of the State of Delaware (2009)
- Bar of the State of Pennsylvania (1996)
- Bar of the State of New Jersey (1996)
- Bar of the District of Columbia (2008)
- U.S. District Courts for the Southern and Eastern Districts of New York; Eastern District of Pennsylvania; and the District of Delaware

- U.S. Court of Appeals for the Third Circuit

**Professional affiliations:**

- American Bar Association (Section of Litigation and Section of International Law)
- Delaware Bar Association
- New York American Inn of Court (Master of the Bench)
- Royal Society of St. George (Delaware Chapter)
- Internet Society

Mr. Straite can be reached by email at: dstraite@kaplanfox.com

## LIST OF RECOVERIES

**In re Bank of America Corp. Securities, Derivative, and ERISA Litigation**
MDL 2058 (S.D.N.Y.) ($2.425 billion recovered)

**In re High Fructose Corn Syrup Antitrust Litigation**,
MDL 1087 (C.D. Ill.) ($531 million recovered)

**In re Brand Name Prescription Drugs Antitrust Litigation**,
MDL 997 (N.D. Ill.) ($720 plus million recovered)

**In re Merrill Lynch & Co., Inc. Securities Litigation**,
Master File No. 07-CV-9633 (JSR) (S.D.N.Y.) ($475 million recovered)

**In re Baycol Products Litigation**,
MDL 1431-MJD/JGL (D. Minn.) ($350 million recovered to date)

**In re 3Com Securities Litigation**,
No. C-97-21083-EAI (N.D. Ca) ($259 million recovered)

**In re MicroStrategy Securities Litigation**,
No. CV-00-473-A (E.D. Va) ($155 million recovered)

**AOL Time Warner Cases I & II (Opt-out)**
Nos. 4322 & 4325 (Cal. State Court, LA County) ($140 million recovered)

**In re Informix Securities Litigation**,
C-97-129-CRB (N.D. Ca) ($136.5 million recovered)

**In re Infant Formula Antitrust Litigation**,
MDL 878 (N.D. Fla) ($126 million recovered)

**In re Flat Glass Antitrust Litigation**,
MDL 1200 (W.D. Pa.) ($121 million recovered)

**In re Providian Financial Corp. Credit Card Terms Litigation**,
MDL No. 1301-WY (E.D. Pa.) ($105 million recovered)

**In re Xcel Energy, Inc. Securities Litigation,**
Master File No. 02-CV-2677-DSD (D. Minn.) ($80 million recovered)

**In re Elan Corporation Securities Litigation,**
No. 02-CV-0865-RMB (S.D.N.Y.) ($75 million recovered)

**Barry Van Roden, _et al._ v. Genzyme Corp., _et al._**
No. 03-CV-4014-LLS (S.D.N.Y.) ($64 million recovered)

**In re Sequenom, Inc. Securities Litigation**
No. 09-cv-921 (S.D. Ca.) ($57 million recovered)

**In re L.A. Gear Securities Litigations**,
CV-90-2832-KN (Bx), _et al._ (C.D. Ca.) ($50 million plus recovered)

**Rosen, et al. v. Macromedia, Inc., et al.,**
Case No. 988526 (Sup. Ct., SF County Ca.) ($48 million recovered)

**In re Ames Department Stores Securities Litigation**,
MDL No. 924 (S.D.N.Y.) ($46 million recovered)

**In re Salomon Analyst Metromedia Litigation**,
02-cv-7966 (S.D.N.Y.) ($35 million recovered)

**In re Ambac Financial Group, Inc. Securities Litigation**
08-cv-411 (S.D.N.Y.) ($33 million recovered)

**In re Genentech, Inc. Securities Litigation**,
C-88-4038-DLJ (N.D. Ca.) ($29 million recovered)

**In re Tele-Communications, Inc. Securities Litigation**,
C-97-421(C.D. Ca.) ($26.5 million recovered)

**Michigan Department of Treasury v. Tyco International, Ltd., et al. (Opt-out)**
08-cv-1340 (E.D. Mich) ($25.5 million recovered)

**In re Sun Healthcare Group, Inc. Litigation**,
C-95-7005-JC/WWD (D.N.M.) ($24 million recovered)

**In re Centennial Technologies Litigation**,
97-10304-REK (D. Mass.) ($21.5 million recovered and other consideration)

**In re PepsiCo Securities Litigation**,
82 Civ. 8288 (S.D.N.Y.) ($21 million recovered)

**In re Proquest Company Securities Litigation**,
06-cv-10619 (E.D. Mich.) ($20 million recovered)

**In re Merrill Lynch & Co., Inc. Research Reports Securities Litigation – Excite@Home Corporation**,
02-cv-3042 (S.D.N.Y.) ($19 million recovered)


**Scheatzle, et al. v. Eubanks, et al.**,
C-92-20785-JW (EAI) (N.D.Ca.) ($18.6 million recovered)

**In re Escala Group, Inc. Securities Litigation**,
06-cv-3518 (S.D.N.Y.) ($18 million recovered)

**Kensington Capital Management v. Oakley, Inc., et. al.**,
No. SACV97-808 GLT (Eex) (C.D. Ca.) ($17.5 million recovered)

**In re Computer Memories Securities Litigation**,
No. C-85-2335 (A)-EFL (N.D. Ca.) ($15.5 million recovered)

**In re Wyse Technology Securities Litigation**,
C-89-1818-WHO (N.D. Ca.) ($15.5 million recovered)

**Provenz v. Miller, et al.**,
C-92-20159-RMW (N.D.Ca.) ($15 million recovered)

**In re Gupta Corporation Securities Litigation**,
C-94-1517-FMS (N.D. Ca.) ($14.25 million recovered)

**In re MicroPro Securities Litigation**,
C-85-7428-EFL (N.D. Ca.) ($14 million recovered)

**In re Immunex Securities Litigation**,
C-92-48 WD (W.D. Wa.) ($14 million recovered)

**Barry Hallet, Jr. v. Li & Fung, Ltd., et al.**,
95 Civ. 8917 (S.D.N.Y.) ($13.65 million recovered)

**LACERA v. Citigroup, Inc., et al. (Salomon Analyst – Focal Communications, Inc.)**,
04-cv-5854 (S.D.N.Y.) ($13 million recovered)

**In re Salomon Analyst Williams Securities Litigation**,
02-cv-8156 (S.D.N.Y.) ($12.5 million recovered)

**Stuart Markus v. The North Face, Inc., et al.**,
No. 97-Z-473 (D. Co) ($12.5 million recovered)

**Mel Klein v. Laura L. King, et al.**,
C-88-3141-FMS (N.D.Ca.) ($11.65 million recovered)

**In re Prestige Brands Holdings, Inc. Securities Litigation**
05-cv-6924 (S.D.N.Y.) ($11 million recovered)

**Igor Cheredrichenko, et al. v. Quarterdeck Corp., et al.**,
Case No. 97-4320 (GHK) (C.D. Ca.) ($11 million recovered)

**In re Cheyenne Software, Inc. Securities Litigation**,
94 Civ. 2771 (E.D.N.Y.) ($10.25 million recovered)