Cate D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

                              :

IN RE CREDIT DEFAULT SWAPS ANTITRUST   :
LITIGATION                             :      13 Md. 2476 (DLC)

This Document Relates To: All Actions     :

                              :

                              :

                              :

------------------------------------------------------------------ x

## [PROPOSED] STIPULATED ORDER REGARDING
## FOREIGN DOCUMENTS AND WITNESSES

        Pursuant to Section III of the Joint Initial Report entered by the Court on September 18,

2014 (Docket No. 334), counsel for the parties have met and conferred and agreed upon the

following matters regarding foreign discovery in the above-captioned action (the "Action").

**I.     FOREIGN DOCUMENTS AND WITNESSES**

         A.     For purposes of this Action, each party's litigation counsel will accept service of

                discovery requests on its behalf for documents or information located outside the

                United States if such documents or information are in the possession, custody, or

                control of the party, without requiring additional or different procedures to be

                followed pursuant to the Hague Evidence Convention, the Hague Service

                Convention, or any other applicable convention, treaty, law, or rule.  The party

                served with any such discovery request retains the right to object to the request

                on any appropriate ground other than improper service.

         B.     Each party agrees to negotiate in good faith to establish a protocol for identifying

                the documents and information described in paragraph I(A) above that can be

                produced in this Action consistent with any applicable foreign laws or

regulations concerning privacy or confidentiality or otherwise affecting their production in the United States, or any convention such as the Hague Evidence Convention, including reasonable steps to facilitate production, including but not necessarily limited to obtaining consents to disclosure from a limited number of custodians in senior management involved in relevant issues, and by meeting and conferring with other parties to narrow the scope of the documents and information requested for production. If a party believes in good faith that, notwithstanding the process described in this paragraph, such documents or information cannot be produced in the United States without violating an applicable foreign law or regulation, it must promptly notify the other parties and meet and confer to attempt to reach a resolution of the issue.

C.   For purposes of this Action, if a party believes that it can accept service on behalf of a witness residing outside the United States and produce that witness for deposition in the Action without violating an applicable foreign law or regulation, then its litigation counsel in the Action will accept service of a deposition notice on its behalf for any such witness who is a managing agent of a party, the party's subsidiary, or an affiliate of the party which the party controls or for which the party is authorized to accept service, without requiring additional or different procedures to be followed pursuant to the Hague Evidence Convention, the Hague Service Convention, or any other applicable convention, treaty, law, or rule. The party served with any such deposition notice retains the right to object to the notice on any appropriate ground other than improper service. If a party believes in good faith that it cannot accept service on behalf of

2

a witness residing outside the United States, or produce for deposition a witness residing outside the United States, without violating an applicable foreign law or regulation, it must promptly notify the other parties and meet and confer to attempt to reach a resolution of the issue.

D.    With respect to witnesses residing outside the United States that the parties agree can be produced for deposition in the Action without violating an applicable foreign law or regulation, such depositions shall be conducted under United States law.  The deposition shall be taken in the city where that witness regularly conducts business, unless either (1) the witness has plans to travel to the United States on business, in which case the parties will use best efforts to schedule any such deposition to coincide with that witness's U.S. travel, or (2) the witness and the parties noticing the deposition agree on an alternative location.  The parties also agree to use best efforts to schedule the depositions of witnesses residing outside the United States at times that minimize the number of trips that need to be taken abroad.

So ordered.
Denise Cote
Oct. 20, 2014

3

Respectfully submitted,

Daniel L. Brockett
Steig D. Olson
Sascha N. Rand
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
sascharand@quinnemanuel.com

Bruce L. Simon
Clifford H. Pearson
George S. Trevor
Aaron M. Sheanin
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Fax: (415) 433-9008
bsimon@pswlaw.com
cpearson@pswlaw.com
gtrevor@pswlaw.com
asheanin@pswlaw.com

*Counsel for Plaintiffs and the Proposed Class*

Robert F. Wise, Jr.
Arthur J. Burke
Jeremy T. Adler
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com
jeremy.adler@davispolk.com

Todd S. Fishman
Michael S. Feldberg
M. Elaine Johnston
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 610-6300
Fax:  (212) 610-6399
todd.fishman@allenovery.com
michael.feldberg@allenovery.com
elaine.johnston@allenovery.com

*Attorneys for Bank of America Corporation
and Bank of America N.A.*

*Attorneys for Barclays Bank PLC*

4

Respectfully submitted,

Daniel L. Brockett
Steig D. Olson
Sascha N. Rand
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
sascharand@quinnemanuel.com

*Counsel for Plaintiffs and the Proposed Class*

Bruce L. Simon
Clifford H. Pearson
George S. Trevor
Aaron M. Sheanin
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Fax: (415) 433-9008
bsimon@pswlaw.com
cpearson@pswlaw.com
gtrevor@pswlaw.com
asheanin@pswlaw.com

Robert F. Wise, Jr.
Arthur J. Burke
Jeremy T. Adler
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com
jeremy.adler@davispolk.com

*Attorneys for Bank of America Corporation
and Bank of America N.A.*

Todd S. Fishman
Michael S. Feldberg
M. Elaine Johnston
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399
todd.fishman@allenovery.com
michael.feldberg@allenovery.com
elaine.johnston@allenovery.com

*Attorneys for Barclays Bank PLC*

4

David Esseks
Brian de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 610-6300
Fax:  (212) 610-6399
david.esseks@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1301 K Street N.W.
9th Floor, East Tower
Washington, D.C. 20005
john.terzaken@allenovery.com
molly.kelley@allenovery.com

*Attorneys for BNP Paribas*

Benjamin R. Nagin
Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 839-5300
Fax:  (212) 839-5599
bnagin@sidley.com
ejoyce@sidley.com

David F. Graham*
David C. Giardina*
Jennifer E. Novoselsky
*admitted *pro hac vice*
SIDLEY AUSTIN LLP
1 S Dearborn St
Chicago, IL 60603
Tel:  (312) 853-7000
Fax:  (312) 853-7036
dgraham@sidley.com
dgiardina@sidley.com
jnovoselsky@sidley.com

*Attorneys for Citigroup Inc., Citibank N.A.
and Citigroup Global Markets Inc.*

David Esseks
Brian de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 610-6300
Fax:  (212) 610-6399
david.esseks@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1301 K Street N.W.
9th Floor, East Tower
Washington, D.C. 20005
john.terzaken@allenovery.com
molly.kelley@allenovery.com

*Attorneys for BNP Paribas*

Benjamin R. Nagin
Eamon P. Joyce
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel:  (212) 839-5300
Fax:  (212) 839-5599
bnagin@sidley.com
ejoyce@sidley.com

David F. Graham*
David C. Giardina*
Jennifer E. Novoselsky
*admitted *pro hac vice*
SIDLEY AUSTIN LLP
1 S Dearborn St
Chicago, IL 60603
Tel:  (312) 853-7000
Fax:  (312) 853-7036
dgraham@sidley.com
dgiardina@sidley.com
jnovoselsky@sidley.com

*Attorneys for Citigroup Inc., Citibank N.A.
and Citigroup Global Markets Inc.*

5

J. Robert Robertson
Benjamin Holt*
HOGAN LOVELLS US LLP
*admitted *pro hac vice*
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax:  (202) 637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Credit Suisse AG*

David P. Wales*
*admitted pro hac vice
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
dpwales@jonesday.com

Tracy V. Schaffer
Eric P. Stephens
JONES DAY
222 East 41st Street
New York, NY 10017
Tel:  (212)-326-3916
Fax: (212)-755-7306
tschaffer@jonesday.com
epstephens@jonesday.com

Paula W. Render*
Alex P. Middleton*
*Admitted *pro hac vice*
JONES DAY
77 West Wacker
Chicago, IL 60601
Tel:  (312) 782-3939
Fax:  (312) 782-8585
prender@jonesday.com
apmiddleton@jonesday.com

*Attorneys for Deutsche Bank AG*

_____

J. Robert Robertson
Benjamin Holt*
HOGAN LOVELLS US LLP
*admitted *pro hac vice*
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax:  (202) 637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Credit Suisse AG*

*Eric P. Stephens*

David P. Wales*
*admitted pro hac vice
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
dpwales@jonesday.com

Tracy V. Schaffer
Eric P. Stephens
JONES DAY
222 East 41st Street
New York, NY 10017
Tel: (212)-326-3916
Fax: (212)-755-7306
tschaffer@jonesday.com
epstephens@jonesday.com

Paula W. Render*
Alex P. Middleton*
*Admitted *pro hac vice*
JONES DAY
77 West Wacker
Chicago, IL 60601
Tel:  (312) 782-3939
Fax:  (312) 782-8585
prender@jonesday.com
apmiddleton@jonesday.com

*Attorneys for Deutsche Bank AG*

Richard C. Pepperman II
Bradley P. Smith
D. Andrew Pietro
Mark S. Geiger
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
peppermanr@sullcrom.com
smithbr@sullcrom.com
pietroda@sullcrom.com
geigerm@sullcrom.com

Robert Y. Sperling*
WINSTON & STRAWN LLP
*admitted *pro hac vice*
35 West Wacker Drive
Chicago, IL 60601
Tel: (313) 558-7941
Fax: (312) 558-5700
rsperling@winston.com

Elizabeth P. Papez*
WINSTON & STRAWN LLP
*admitted *pro hac vice*
1700 K Street, N.W.
Washington, DC 20006
Tel: (202) 282-5000
Fax: (202) 282-5100
epapez@winston.com

*Attorneys for Goldman, Sachs & Co.*

Richard A. Spehr
Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Tel: (212) 506-2500
Fax: (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

Andrew S. Marovitz
Britt M. Miller*
MAYER BROWN LLP
*admitted *pro hac vice*
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for HSBC Bank, PLC and HSBC Bank USA, N.A.*

---

Richard C. Pepperman II
Bradley P. Smith
D. Andrew Pietro
Mark S. Geiger
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
peppermanr@sullcrom.com
smithbr@sullcrom.com
pietroda@sullcrom.com
geigerm@sullcrom.com

Robert Y. Sperling*
WINSTON & STRAWN LLP
*admitted *pro hac vice*
35 West Wacker Drive
Chicago, IL 60601
Tel:  (313) 558-7941
Fax:  (312) 558-5700
rsperling@winston.com

Elizabeth P. Papez*
WINSTON & STRAWN LLP
*admitted *pro hac vice*
1700 K Street, N.W.
Washington, DC 20006
Tel:  (202) 282-5000
Fax:  (202) 282-5100
epapez@winston.com

*Attorneys for Goldman, Sachs & Co.*

Richard A. Spehr
Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Tel:  (212) 506-2500
Fax:  (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

Andrew S. Marovitz
Britt M. Miller*
MAYER BROWN LLP
*admitted *pro hac vice*
71 South Wacker Drive
Chicago, IL 60606
Tel:  (312) 782-0600
Fax:  (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for HSBC Bank, PLC and HSBC
Bank USA, N.A.*

_Peter E Greene_

Peter E. Greene
Peter S. Julian
Boris Bershteyn
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
peter.greene@skadden.com
peter.julian@skadden.com
boris.bershteyn@skadden.com

Patrick J. Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Tel: (312) 407-0508
Fax: (312) 407-0411
patrick.fitzgerald@skadden.com

*Attorneys for J.P. Morgan Chase & Co. and
J.P. Morgan Chase Bank, N.A.*

Evan R. Chesler
Daniel Slifkin
Michael A. Paskin
Vanessa A. Lavely
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
dslifkin@cravath.com
mpaskin@cravath.com
vlavely@cravath.com

*Attorneys for Morgan Stanley & Co. LLC*

| | |
|---|---|
| _____ | _____ |
| Peter E. Greene | Evan R. Chesler |
| Peter S. Julian | Daniel Slifkin |
| Boris Bershteyn | Michael A. Paskin |
| SKADDEN, ARPS, SLATE, MEAGHER & | Vanessa A. Lavely |
| FLOM LLP | CRAVATH, SWAINE & MOORE LLP |
| New York, NY 10036 | Worldwide Plaza |
| Tel: (212) 735-3000 | 825 Eighth Avenue |
| Fax: (212) 735-2000 | New York, NY 10019 |
| peter.greene@skadden.com | Tel: (212) 474-1000 |
| peter.julian@skadden.com | Fax: (212) 474-3700 |
| boris.bershteyn@skadden.com | echesler@cravath.com |
| | dslifkin@cravath.com |
| Patrick J. Fitzgerald | mpaskin@cravath.com |
| SKADDEN, ARPS, SLATE, MEAGHER & | vlavely@cravath.com |
| FLOM LLP | |
| 155 N. Wacker Drive | _Attorneys for Morgan Stanley & Co. LLC_ |
| Suite 2700 | |
| Chicago, IL 60606 | |
| Tel: (312) 407-0508 | |
| Fax: (312) 407-0411 | |
| patrick.fitzgerald@skadden.com | |

_Attorneys for J.P. Morgan Chase & Co. and
J.P. Morgan Chase Bank, N.A._

Charles F. Rule
Joseph J. Bial
Amy W. Ray
CADWALADER, WICKERSHAM & TAFT
LLP
700 6th Street, NW
Washington, DC 20001
Tel: (202) 862-2200
Fax: (202) 862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
amy.ray@cwt.com

*Attorneys for Royal Bank of Scotland PLC and
Royal Bank of Scotland N.V.*

David C. Bohan
James J. Calder
KATTEN MUCHIN ROSENMAN, LLP
575 Madison Avenue
New York, NY 10022
Tel: (312) 902-5200
Fax: (312) 577-4734
david.bohan@kattenlaw.com
james.calder@kattenlaw.com

*Attorneys for UBS AG and UBS Securities
LLC*

_____
Charles F. Rule
Joseph J. Bial
Amy W. Ray
CADWALADER, WICKERSHAM & TAFT
LLP
700 6th Street, NW
Washington, DC 20001
Tel:  (202) 862-2200
Fax:  (202) 862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
amy.ray@cwt.com

*Attorneys for Royal Bank of Scotland PLC and
Royal Bank of Scotland N.V.*

_____
David C. Bohan
James J. Calder
KATTEN MUCHIN ROSENMAN, LLP
575 Madison Avenue
New York, NY 10022
Tel:  (312) 902-5200
Fax:  (312) 577-4734
david.bohan@kattenlaw.com
james.calder@kattenlaw.com

*Attorneys for UBS AG and UBS Securities
LLC*

9

_(signature)_

Matthew J. Reilly
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
1155 F. Street, NW
Washington, DC 20004
Tel:  (202) 636-5500
Fax:  (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

Michael J. Garvey
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 544-2502
mgarvey@stblaw.com

*Attorneys for International Swaps and
Derivatives Association*

Alan R Kusinitz
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

Colin R. Kass
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel:  (202) 416-6800
Fax:  (202) 416-6899
ckass@proskauer.com

*Attorneys for Markit Group Holdings Ltd.
and Markit Group Ltd.*

_____
Matthew J. Reilly
Abram J. Ellis
SIMPSON THACHER & BARTLETT LLP
1155 F. Street, NW
Washington, DC 20004
Tel:  (202) 636-5500
Fax:  (202) 636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

Michael J. Garvey
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 544-2502
mgarvey@stblaw.com

*Attorneys for International Swaps and
Derivatives Association*

Alan R Kusinitz
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

Colin R. Kass
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel:  (202) 416-6800
Fax:  (202) 416-6899
ckass@proskauer.com

*Attorneys for Markit Group Holdings Ltd.
and Markit Group Ltd.*

10

IT IS SO ORDERED this ___ day of _____, 2014.
New York, New York

_____
Hon. Denise L. Cote, U.S.D.J.