UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
                                                                   :
IN RE CREDIT DEFAULT SWAPS ANTITRUST                               :
LITIGATION                                                         :    13 Md. 2476 (DLC)
                                                                   :
This Document Relates To: All Actions                              :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
------------------------------------------------------------------ x

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT WITH ALL DEFENDANTS, APPROVAL OF PLAN OF DISTRIBUTION, AND CERTIFICATION OF SETTLEMENT CLASS**

PLEASE TAKE NOTICE that upon the filing of the accompanying Memorandum in Support of Plaintiffs' Motion for Final Approval of Settlement With All Defendants, Approval of Plan of Distribution, and Certification of Settlement Class; the declarations of Sanjay Unni and Stephen J. Cirami submitted in support thereof; any papers filed in reply; and oral and documentary evidence as may be presented at the Fairness Hearing, Plaintiffs, through their undersigned counsel, hereby respectfully move this Court for entry of the (i) fourteen [Proposed] Judgments and Orders of Dismissal and (ii) the [Proposed] Order Approving Plan of Distribution and Overruling Objections separately submitted to the Orders and Judgments Clerk, per Rule 18.3 of the Southern District's Electronic Case Filing Rules & Instructions.

Dated:  April 1, 2016                           Respectfully Submitted,

                                                /s/ Daniel L. Brockett
                                                Daniel L. Brockett
                                                Steig D. Olson
                                                Sascha N. Rand
                                                Jonathan Oblak
                                                Quinn Emanuel Urquhart & Sullivan, LLP
                                                51 Madison Avenue, 22nd Floor

New York, New York 10010
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
danbrockett@quinnemanuel.com
steigolson@quinnemanuel.com
sascharand@quinnemanuel.com
jonoblak@quinnemanuel.com

Jeremy D. Andersen
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Fax:  (213) 443-3100
jeremyandersen@quinnemanuel.com

*Lead Counsel for Plaintiffs*

Bruce L. Simon
Clifford Pearson
George S. Trevor
Pearson, Simon, & Warshaw, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Fax: (415) 433-9008
bsimon@pswlaw.com
cpearson@pswlaw.com
gtrevor@pswlaw.com

*Co-Lead Counsel for Plaintiffs*