**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
:
:
:
IN RE CREDIT DEFAULT SWAPS ANTITRUST　　:
LITIGATION　　　　　　　　　　　　　　　　　　　　:　　13 Md. 2476 (DLC)
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
This Document Relates To: All Actions　　　　　　　:
:
:
:
:
:
------------------------------------------------------------------ x

**SUPPLEMENTAL DECLARATION OF DANIEL L. BROCKETT IN SUPPORT OF**
**CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES,**
**REIMBURSEMENT OF EXPENSES,**
**AND INCENTIVE AWARDS FOR CLASS REPRESENTATIVES**

I, Daniel L. Brockett, declare under penalty of perjury as follows:

1. I am a member of the Bar of this Court and of the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), court-appointed Lead Counsel for the Plaintiffs in this action. I submit this supplemental declaration in support of Class Counsel's Supplemental Brief in Support of Class Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards for Class Representatives.

**Attorney Fees**

2. As of December 31, 2015 Quinn Emanuel had spent 60,349 attorney hours prosecuting this case. Since then, Quinn Emanuel has continued to devote considerable attorney time to the administration of the Settlement[1] and other related issues. In January 2016, Quinn Emanuel worked with our experts to finish the Plan of Distribution; we worked with Garden City Group, LLC (the "Claims Administrator") to finalize the class mailing list and mail notices to class members; and we reviewed execution desk information received from the Defendant banks to determine which transactions were eligible for claims under the Settlement. We have also responded to numerous inquiries by class members concerning the mechanics of the Plan of Distribution and the terms of the Settlement. We also worked with our team of experts to evaluate and respond to the arguments raised by Objectors.

3. Based on a review of our firm's contemporaneous records, I calculate that Quinn Emanuel has now spent 61,094 in total hours pursuing this action through April 1, 2016. This number was calculated by combining our prior total with all time billed by Quinn Emanuel on this case in 2016, minus any time spent working on Class Counsel's Motion for Award of

---

[1] As used herein, "Settlement" refers collectively to the 14 separate Settlement Agreements that Plaintiffs have entered into with Defendants.

Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards for Class Representatives billed during that period.

4. As explained in my January 29, 2016 declaration (Dkt. No. 482), in computing our lodestar, we used the same standard hourly rates that we would charge paying clients, which are the rates in effect for the timekeepers at the time the hours were spent. Our total lodestar amounts to approximately $25,104,772 to date. Attached as Appendix A is an updated breakdown of Quinn Emanuel's hours, by timekeeper.

5. I understand from the declaration of Bruce L. Simon that Pearson Simon, using similar techniques, calculates that, through April 1, 2016, they expended a total of 32,080.70 hours, amounting to an additional $15,844,429.50 in fees at the then-applicable Pearson Simon rates for paying clients.

6. In total, then, Class Counsel have as of April 1, 2016 expended 93,174.70 hours, the equivalent of $40,949,201.50, in pursuing this action.

7. Combining the lodestar of Class Counsel and our two supporting firms,[2] I calculate that the equivalent of $41,749,201.5 in lodestar was incurred by plaintiffs' counsel in connection with this action.

8. Class Counsel's work is not finished. We will continue to spend attorney hours administering the settlement after the Fairness Hearing on April 15, 2016, including working with our expert consultants to evaluate whether additional transactions submitted by class members qualify for recoveries under the Settlement. Given the complex nature of such inquiries, and the other tasks involved in administering the Settlement, we expect that Class

---

[2] As explained in my prior declaration (Dkt. No. 482), Entwistle & Cappucci LLP and Labaton Sucharow LLP incurred approximately $400,000 each in performing discrete tasks related to this litigation.

Counsel's work may continue for weeks if not months after the Fairness Hearing. The lodestar number referenced above therefore likely understates Class Counsel's ongoing efforts to return settlement funds to class members.

**Expenses**

9.  As detailed by category in Appendix B, Quinn Emanuel and Pearson Simon have together incurred a total of $10,086,795.80 in unreimbursed litigation expenses in prosecuting this case (an amount $695,554.31 higher than referenced in the initial Motion). As detailed in Appendix C, other counsel has requested reimbursement of $94,394.96 (an amount unchanged since the Motion).

10.  The increase in out-of-pocket expenses is due to the substantial additional work Class Counsel has incurred since filing of the fee petition in January 2016. Nearly all of these expenses are for "outside professional services," which reflects amounts paid to the Berkeley Research Group ("BRG") and an industry consultant. Class Counsel and our consultants expended considerable time and effort addressing issues relating to the Plan of Distribution. Specifically, we spent considerable time and effort talking with the Objectors and working with the DTCC database in an effort to address their concerns.

11.  We also seek additional reimbursements for travel expenses, all billed at coach rates and modestly-priced hotels. However, we are not asking for reimbursement of any other expenses incurred since the filing of the preliminary approval motion. These include, among other things, electronic legal research costs, additional printing costs, and other related expenses.

12.  We anticipate continuing to incur expenses in prosecuting this case with the bulk of them going to BRG and our other consultants. Given the nature of the work they are now performing, we intend going forward to direct BRG to seek payment directly from the Escrow

3

Agent out of the Settlement Fund, pursuant to the terms of the settlement agreement and the Court's preliminary approval order, as we have already been doing for the administrator Garden City Group.

13. We will continue to review their invoices for reasonableness, and for compliance with the $15 million Court-approved cap. We will do so for any other expense going forward that similarly falls within the scope of the Court's prior order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8 day of April of 2016.

 /s/ Daniel L. Brockett
Daniel L. Brockett

### Appendix A – Breakdown of Quinn Emanuel Fees, By Timekeeper[3]

*As of April 1, 2016*

| Timekeeper | Position | Billed Hours | Weighted Average Rate | Total Fee |
|---|---|---|---|---|
| Daniel Brockett | Partner | 2197.3 | $1,067.13 | $ 2,344,813.50 |
| Steig D. Olson | Partner | 1419 | $925.12 | $ 1,312,740.00 |
| Sascha Rand | Partner | 1296.5 | $934.59 | $ 1,211,699.50 |
| Justin Reinheimer | Associate | 1765.7 | $668.71 | $ 1,180,742.00 |
| William Sears | Associate | 2118.3 | $433.05 | $ 917,339.50 |
| Kenneth R. Chiate | Partner | 777.4 | $1,125.00 | $ 874,575.00 |
| Miles H. Plant | Associate | 1553.3 | $538.65 | $ 836,682.00 |
| Jonathan B. Oblak | Partner | 866 | $930.00 | $ 805,380.00 |
| David LeRay | Associate | 1643.8 | $486.73 | $ 800,083.00 |
| Augustus Golden | Associate | 1160.9 | $563.91 | $ 654,644.00 |
| Andrew Kutscher | Associate | 907.3 | $653.58 | $ 592,996.00 |
| Michael J. Madigan | Associate | 808.6 | $714.42 | $ 577,678.00 |
| Blair Adams | Associate | 1168.3 | $468.96 | $ 547,890.00 |
| Clinton Dockery | Associate | 858.5 | $613.59 | $ 526,770.00 |
| Israel Meth | Attorney | 1495.3 | $320.00 | $ 478,496.00 |
| Richard Kim | Attorney | 1439.6 | $320.00 | $ 460,672.00 |
| Joy Odom | Associate | 758.1 | $528.12 | $ 400,364.00 |
| Morgan Brady | Attorney | 1237.6 | $320.00 | $ 396,032.00 |
| Nick Landsman-Roos | Associate | 923.4 | $413.26 | $ 381,607.00 |
| Alice H. Lee | Attorney | 1131 | $332.85 | $ 376,455.00 |
| Greg Kanyicska | Attorney | 1122.7 | $320.00 | $ 359,264.00 |
| David Bloom | Attorney | 1639 | $200.00 | $ 327,800.00 |
| Alicia Veglia | Associate | 658 | $494.21 | $ 325,188.00 |
| Thomas J. Chen | Attorney | 1620 | $200.00 | $ 324,000.00 |
| Neji Dhakouani | Attorney | 1601.3 | $200.00 | $ 320,260.00 |
| Wade T. Walker | Attorney | 1575.7 | $200.00 | $ 315,140.00 |
| Jeremy Andersen | Partner | 371.9 | $834.55 | $ 310,368.00 |
| Daniel Needleman | Attorney | 966.7 | $320.00 | $ 309,344.00 |
| Christopher Gotterba | Attorney | 1503.7 | $200.00 | $ 300,740.00 |
| Alexander Natanzon | Attorney | 1483.5 | $200.00 | $ 296,700.00 |

---

[3] The table in our original petition cutoff time-keepers that billed below $7,800. This final table reflects all timekeepers that worked on this matter.

| Name | Role | Hours | Rate | Total |
|---|---|---|---|---|
| Kenneth Robbins | Attorney | 1478.5 | $200.00 | $ 295,700.00 |
| Evan O'Brien | Associate | 656 | $448.25 | $ 294,052.00 |
| Shirley Reginiano | Attorney | 1333.7 | $200.00 | $ 266,740.00 |
| A. Roman Pacheco | Attorney | 1244.2 | $200.00 | $ 248,840.00 |
| Jeffrey G. Shandel | Associate | 462.2 | $535.00 | $ 247,277.00 |
| Farah Anthony | Attorney | 1161.4 | $200.00 | $ 232,280.00 |
| Lalindra Sanichar | Paralegal | 709.6 | $300.00 | $ 212,880.00 |
| Janice Barth | Attorney | 613.7 | $320.00 | $ 196,384.00 |
| Sarah Kern | Attorney | 574.3 | $320.00 | $ 183,776.00 |
| Koo Lee | Attorney | 570.2 | $320.00 | $ 182,464.00 |
| Adam Cashman | Counsel | 240.6 | $751.13 | $ 180,723.00 |
| Joseph Bowley | Attorney | 535.1 | $320.00 | $ 171,232.00 |
| Jennifer Brandt | Paralegal | 551.8 | $300.00 | $ 165,540.00 |
| Nathalie Pierre | Attorney | 516.5 | $320.00 | $ 165,280.00 |
| Jonathan Land | Litigation Support | 439.7 | $365.00 | $ 160,490.00 |
| Diana Peng | Attorney | 494.8 | $320.00 | $ 158,336.00 |
| John Volpe | Associate | 299.6 | $501.19 | $ 150,158.00 |
| Shiful Chowdhury | Paralegal | 496.8 | $299.78 | $ 148,929.00 |
| Alvin Sandjaya | Attorney | 680 | $200.00 | $ 136,000.00 |
| Susan English | Attorney | 671.5 | $200.00 | $ 134,300.00 |
| Lisa Mosholder | Attorney | 651 | $200.00 | $ 130,200.00 |
| Travis Rich | Attorney | 607.3 | $200.00 | $ 121,460.00 |
| Abby Bilkiss | Attorney | 582 | $200.00 | $ 116,400.00 |
| Chris Ernest Kehrer | Paralegal | 384.7 | $300.00 | $ 115,410.00 |
| Melanie Kibbler | Attorney | 576 | $200.00 | $ 115,200.00 |
| Olubayo Evans | Attorney | 358.7 | $320.00 | $ 114,784.00 |
| Robert Tzall | Attorney | 546.5 | $200.00 | $ 109,300.00 |
| Justin Arnold | Attorney | 495 | $200.00 | $ 99,000.00 |
| Michelle Gesser | Attorney | 306.3 | $320.00 | $ 98,016.00 |
| Raul Vasquez | Litigation Support | 643.9 | $150.00 | $ 96,585.00 |
| Stephanie J. McTighe | Associate | 153 | $597.39 | $ 91,401.00 |
| Roger Geissler | Attorney | 452 | $200.00 | $ 90,400.00 |
| Maaren Shah | Associate | 108.1 | $670.00 | $ 72,427.00 |
| Jung Yun (Kelly) Cho | Associate | 146.8 | $445.60 | $ 65,414.00 |
| Anand Rajkumar | Litigation Support | 430.3 | $150.00 | $ 64,545.00 |
| Sean Akari | Attorney | 321.5 | $200.00 | $ 64,300.00 |

6

| Name | Role | Hours | Rate | Total |
|---|---|---|---|---|
| Linda Jovel | Litigation Support | 424.2 | $150.00 | $ 63,630.00 |
| Jon Steiger | Partner | 56.3 | $1,034.99 | $ 58,270.00 |
| Robert Trisotto | Associate | 89.1 | $640.00 | $ 57,024.00 |
| Cameron Myler | Attorney | 161.4 | $320.00 | $ 51,648.00 |
| Sherika Sterling | Paralegal | 156.4 | $300.00 | $ 46,920.00 |
| Ben Odell | Associate | 88.6 | $500.00 | $ 44,300.00 |
| Ron Primus | Paralegal | 136.5 | $300.00 | $ 40,950.00 |
| Jonathan Feder | Law Clerk | 83.2 | $365.00 | $ 30,368.00 |
| Danny Rose | Litigation Support | 192.1 | $150.00 | $ 28,815.00 |
| Laura R. Merchant | Attorney | 139.8 | $200.00 | $ 27,960.00 |
| Laura Johns-Bolhouse | Attorney | 137.3 | $200.00 | $ 27,460.00 |
| Daniil Chernichenko | Paralegal | 90.4 | $300.00 | $ 27,120.00 |
| Matthew J. MacDonald | Associate | 42.7 | $506.07 | $ 21,609.00 |
| Michael Will | Attorney | 67.5 | $320.00 | $ 21,600.00 |
| Toby Futter | Associate | 32.3 | $614.30 | $ 19,842.00 |
| Thomas Werlen | Partner | 17 | $1,112.29 | $ 18,909.00 |
| Andrew Kennedy | Paralegal | 59.3 | $300.00 | $ 17,790.00 |
| Wuk Kim | Litigation Support | 66.4 | $250.00 | $ 16,600.00 |
| Dominic J. Pody | Law Clerk | 45.4 | $365.00 | $ 16,571.00 |
| Keith Errick | Litigation Support | 98.7 | $150.00 | $ 14,805.00 |
| Christopher R. Barker | Associate | 17.9 | $610.50 | $ 10,928.00 |
| Jennifer Puchalski | Law Clerk | 26 | $320.00 | $ 8,320.00 |
| James Greenberg | Attorney | 40 | $200.00 | $ 8,000.00 |
| Catherine M. Manley | Counsel | 11.3 | $703.89 | $ 7,954.00 |
| Francesca Wilson | Paralegal | 26.2 | $ 294.05 | $ 7,704.00 |
| Ryan Lopez | Litigation Support | 51.3 | $ 150.00 | $ 7,695.00 |
| Aaron Alcantara | Litigation Support | 48 | $ 150.00 | $ 7,200.00 |
| Amanda Tuninetti | Law Clerk | 20.5 | $ 326.59 | $ 6,695.00 |
| Todd Riegler | Attorney | 15.7 | $ 425.00 | $ 6,672.50 |
| James Bandes | Litigation Support | 25.7 | $ 250.00 | $ 6,425.00 |
| Anthony Marzocca | Law Clerk | 11.8 | $ 365.00 | $ 4,307.00 |
| Izidor Hrncic | Litigation | 27 | $ 150.00 | $ 4,050.00 |

7

|  | Support |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| Fang Wong | Litigation Support | 26.3 | $ | 150.00 | $ | 3,945.00 |

8

## Appendix B – Unreimbursed Expenses Incurred By Lead Class Counsel

*As of April 1, 2016*

| | |
|---|---:|
| **Outside Professional Services** (experts, consultants, mediator, etc.) | $8,264,870.56 |
| **Document Delivery** (postage, messengers, service, filing fees, etc.) | $13,130.93 |
| **Document Reproduction Services** (on and off-site copying, binding, etc.) | $106,817.92 |
| **Deposition Services** (videographer, transcripts) | $65,550.93 |
| **Electronic Legal Research** (Westlaw, PACER, hearing transcripts) | $182,151.95 |
| **Telephone Conferencing Charges** | $3,441.80 |
| **Travel** (airfare, train fare, hotels, meals, taxis)[4] | $168,943.87 |
| **Local Meals**[5] | $8,240.42 |
| **Litigation Support** | |
|    Hosting (per GB) | $1,087,575.00 |
|    Processing (digital prints, filtering, OCRing, blowbacks, physical media) | $141,147.42 |
|    System access user fees | $44,925.00 |
| | |
| **Total** | **$10,086,795.80** |

---

[4] Quinn Emanuel is only including in the above table half of the hotel, airfare, and travel-meal charges we actually incurred, while Pearson Simon (who had fewer charges) is only including charges for the coach-fare equivalent, for which it has "capped" hotels at $500/night and eliminated nearly all meal charges.

[5] Quinn Emanuel is only including in the above table half of the local meal expenses actually incurred. Pearson Simon, which had far fewer of these costs, is not seeking reimbursement for this category of expense.

9

## Appendix C – Unreimbursed Expenses Incurred By Other Plaintiffs' Counsel

### Entwistle & Cappucci LLP

| | |
|---|---|
| Litigation Support Fees (document vendor) | $29,739.83 |
| Electronic Research | $6,618.20 |
| Filing Fees | $400 |
| Telephone/Fax | $52.26 |
| Postage / Federal Express / Messengers | $1,277.45 |
| Court Reporters / Transcripts | $435 |
| Travel | $4,343.77 |
| Service of Process / Witness Fees | $528.39 |
| Total | **$43,394.90** |

### Labaton Sucharow LLP

| | |
|---|---|
| Litigation Support Fees (document vendor) | $36,374.14 |
| Duplication | $2,438.80 |
| Electronic Research | $1,185.78 |
| Filing Fees | $650.00 |
| Telephone/Fax | $276.54 |
| Postage / Federal Express / Messengers | $155.81 |
| Court Reporters / Transcripts | $68.40 |
| Travel | $9,850.59 |
| Total | **$51,000.06** |